ELEANOR G. NOLL, an Infant, by GERDA NOLL, Her Guardian ad Litem, et al., Appellants, *v.* OTTO RUPRECHT et al., Individually and as Trustees under the Will of RUDOLPH R. NOLL, Deceased, Respondents.

Argued January 8, 1940; decided January 23, 1940.

*Richard J. Mackey* for appellants.

*Edward A. Pfeffer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.